

US00D962680S

(12) **United States Design Patent**
Huang

(10) Patent No.: **US D962,680 S**
(45) Date of Patent: ** **Sep. 6, 2022**

(54) **GEL SEAT CUSHION**

(71) Applicant: **Yannan Huang**, Zijin (CN)

(72) Inventor: **Yannan Huang**, Zijin (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/795,689**

(22) Filed: **Jun. 21, 2021**

(51) **LOC (13) Cl.** ............................................... **06-09**

(52) **U.S. Cl.**
USPC ........................................... **D6/601**

(58) **Field of Classification Search**
USPC ......... D6/595, 596, 597, 601, 604, 605, 611
CPC ...... A47G 9/10; A47G 9/1018; A47G 9/1027;
A47G 9/1036; A47G 9/1045; A47G
9/1072; A47G 9/0253; A47G 9/1054;
A47G 9/1063; A47G 9/1081; A47G 9/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,958,885 | A | * 11/1960 | Donney | A47L 13/03 |
| | | | | 401/196 |
| D284,725 | S | * 7/1986 | Stuckey | D6/596 |
| D325,840 | S | * 5/1992 | Main | D6/601 |
| D386,032 | S | * 11/1997 | Bear | D6/601 |
| D599,604 | S | 9/2009 | Dorado et al. | |
| D658,921 | S | 5/2012 | Prendergast | |
| D710,130 | S | * 8/2014 | Chen | D6/596 |
| 9,138,084 | B1 | * 9/2015 | Namolovan | A47G 9/007 |
| D758,101 | S | * 6/2016 | Mason | D6/601 |
| D818,289 | S | * 5/2018 | Facco | D6/601 |
| D818,290 | S | * 5/2018 | Facco | D6/601 |
| D840,175 | S | * 2/2019 | Martin | D6/596 |
| D840,724 | S | * 2/2019 | Dowd | D6/601 |
| D850,156 | S | 6/2019 | Chen | |
| D885,085 | S | * 5/2020 | Dowd | D6/601 |
| D898,419 | S | * 10/2020 | Liu | D6/601 |
| D898,439 | S | * 10/2020 | Luo | D6/601 |

| | | | | |
|---|---|---|---|---|
| D898,447 | S | * 10/2020 | Xu | D6/601 |
| D903,377 | S | * 12/2020 | Yin | D6/601 |
| D906,726 | S | * 1/2021 | Hagglund | D6/596 |
| D908,394 | S | * 1/2021 | Yin | D6/601 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 305622494 | * | 2/2020 |
| CN | 306076002 | * | 9/2020 |

(Continued)

OTHER PUBLICATIONS

Aduken Gel Office Chair Review, earliest review date: Apr. 2, 2021, [online], [site visited Feb. 23, 2022]. Available from Internet, <URL: https://www.amazon.com/Aduken-Cushion-Breathable-Honeycomb-Computer/dp/B08SKC3VKB/ref=sr_1_5?dchild=1 &keywords=adukengelseatcushion&qid=1630297344&sr=8-5&th= 1> (Year: 2021).*

(Continued)

*Primary Examiner* — Sanjeev Paul

(57) **CLAIM**

The ornamental design for a gel seat cushion, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a gel seat cushion showing my new design;

FIG. **2** is a front view thereof;

FIG. **3** is a back view thereof;

FIG. **4** is a left side view thereof;

FIG. **5** is a right side view thereof;

FIG. **6** is a top view thereof;

FIG. **7** is a bottom view thereof;

FIG. **8** is an enlarged view of the selected portion in FIG. **1**; and,

FIG. **9** is an enlarged view of the selected portion in FIG. **2**.

**1 Claim, 9 Drawing Sheets**



8

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D909,092 S | * | 2/2021 | Pearce | ........................... | D6/601 |
| D909,790 S | * | 2/2021 | Pearce | ........................... | D6/601 |
| D911,071 S | * | 2/2021 | Yu | ........................... | D6/601 |
| D917,206 S | * | 4/2021 | Taylor | ........................... | D6/601 |
| D917,926 S | * | 5/2021 | Pearce | ........................... | D6/601 |
| D917,927 S | * | 5/2021 | Taylor | ........................... | D6/601 |
| D929,158 S | * | 8/2021 | Templeton | .................... | D6/611 |
| D933,398 S | * | 10/2021 | Bellot | ........................... | D6/601 |
| D935,224 S | * | 11/2021 | Wang | ........................... | D6/601 |
| D935,225 S | * | 11/2021 | Wang | ........................... | D6/601 |
| D935,226 S | * | 11/2021 | Wang | ........................... | D6/601 |
| 2005/0120482 A1 | * | 6/2005 | Robie | .................. A47C 16/04 5/639 |  |
| 2011/0064911 A1 | * | 3/2011 | Kuo | .................. A43B 13/187 428/131 |  |
| 2012/0005821 A1 | * | 1/2012 | Fowkes | ................. A47K 3/002 4/581 |  |
| 2018/0140116 A1 | * | 5/2018 | Werner | ............. A47G 9/0253 |  |
| 2020/0198500 A1 | * | 6/2020 | Woo | .................... B60N 2/548 |  |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 306083271 | * | 10/2020 |
| CN | 306102118 | * | 10/2020 |
| CN | 306437720 | * | 4/2021 |
| CN | 306474377 | * | 4/2021 |
| CN | 306750588 | * | 8/2021 |
| CN | 306750589 | * | 8/2021 |
| CN | 306750594 | * | 8/2021 |
| CN | 306783375 | * | 8/2021 |
| CN | 306836265 | * | 9/2021 |
| CN | 3066884400 | * | 10/2021 |
| CN | 306970167 | * | 11/2021 |
| CN | 307098708 | * | 2/2022 |
| CN | 307240705 | * | 4/2022 |
| GB | 6152906 | * | 8/2021 |

### OTHER PUBLICATIONS

Amazon.com: Aduken Gel Office Chair, earliest review date: Apr. 2, 2021, [online], [site visited Feb. 23, 2022]. Available from Internet, <URL: https://www.amazon.com/Aduken-Cushion-Breathable-Honeycomb-Computer/dp/B08SKC3VKB/ref=sr_1_5?dchild=1 &keywords=adukengelseatcushion&qid=1630297344&sr=8-5&th= 1> (Year: 2021).*

Google Image search: "Gel Cushion" <URL:https://www.google.com/search?q=gel+cushion&sxsrf=APq-WBulMtJsnhZ5YzRKnn9UJglMKW_WsA:1650744911990&source= lnms&tbm=isch&sa=X&ved=2ahUKEwif69-AgKv3AhWrl3IEHaCRB1QQ_AUoAnoECAEQBA&biw=1200 &bih=1777&dpr=1> (Year: 2022).*

Google Image search: "Gel Pillow" <URL:https://www.google.com/search?q=gel+pillow&sxsrf=APq-WBudRzQ2KfiJbvMcX-SKjVqfhE_g0g:1650744961163&source=lnms&tbm=isch&sa=X&ved= 2ahUKEwjEkJmYgKv3AhXFknlEHXWnBtUQ_AUoAnoECAEQBA &biw=1200&bih=1777&dpr=1 (Year: 2022).*

* cited by examiner

Case 4:25-cv-01298-JST   Document 31-1   Filed 06/17/25   Page 3 of 11



8

FIG. 1

Case 4:25-cv-01298-JST    Document 31-1    Filed 06/17/25    Page 4 of 11



9

FIG. 2

Case 4:25-cv-01298-JST   Document 31-1   Filed 06/17/25   Page 5 of 11



FIG. 3

Case 4:25-cv-01298-JST   Document 31-1   Filed 06/17/25   Page 6 of 11



FIG. 4

Case 4:25-cv-01298-JST    Document 31-1    Filed 06/17/25    Page 7 of 11



FIG. 5

Case 4:25-cv-01298-JST   Document 31-1   Filed 06/17/25   Page 8 of 11



FIG. 6

Case 4:25-cv-01298-JST   Document 31-1   Filed 06/17/25   Page 9 of 11



FIG. 7



FIG. 8

Case 4:25-cv-01258-JST   Document 31-1   Filed 06/17/25   Page 11 of 11



FIG. 9