UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDONG YUNXIANG CENTURY INTELLIGENT TECHNOLOGY CO., LTD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>YANNAN HUANG,<br><br>    Defendant. | Case No. 25-cv-01298-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Because Defendant indicates an intent to file a motion to dismiss Plaintiffs' amended complaint, ECF No. 35 at 3, the case management conference scheduled for July 1, 2025 is continued to September 9, 2025 at 2:00 p.m. An updated joint case management statement is due September 2, 2025.

In preparation for the case management conference scheduled for July 1, 2025, the Court reviewed Defendant's motion to dismiss, ECF No. 19, as well as Plaintiff's opposition to that motion, ECF No. 32, to familiarize itself with the issues in the case. In that opposition, in its discussion of 35 U.S.C. § 293, Plaintiff cites to Defendant's U.S. Patent & Trademark Office, Patent Center, Application No. 29/795,689 (https://patentcenter.uspto.gov/applications/29795689/attorney?application=). According to the application, the attorney submitting the application on Plaintiff's behalf was "W&K IP (HYIP), P.O. Box 151, Millburn, NJ 07041, United States."

Because of its bearing on the parties' citation to 35 U.S.C. § 293, the Court attempted to learn more about W&K IP. The Court was not able to find a law firm by that name, but it did locate the Final Order in USPTO Proceeding No. D2024-04 (Feb. 2, 2024)

(https://foiadocuments.uspto.gov/oed/Yang-Final-Order-(D2024-04)-Redacted.pdf) ("Wang Order"). That order finds, among other things, that "W&K IP" is the trade name of Wayne and King, LLC, a Delaware limited liability company. The founder of Wayne & King, Dr. Yu "Mark" Wang, is not a registered practitioner with the PTO and "is also not and has never been licensed to practice law by the bar of the highest court of any of the fifty states of the United States of America, the District of Columbia, or any commonwealth or territory of the United States of America."

Application No. 29/795,689 purports to be signed by Jie Yang. See Application No. 29/795,689, Information Disclosure by Application (June 20, 2021). The Wang Order finds, however, that "Ms. [Jie] Yang, through her acts and omissions, allowed non-practitioner Dr. Yu 'Mark' Wang, a long-time friend who represented to her that he was a registered patent practitioner operating a firm under the name 'Wayne and King, LLC' as well as the trade names W &K IP and W &K, to enter her name and purported S-signature in patent filings submitted to the USPTO without her involvement in the review, preparation, or filing of such documents."

The parties shall address the effect of the Wang Order in their September 2, 2025, joint case management statement.

**IT IS SO ORDERED.**

Dated: June 30, 2025

_____
JON S. TIGAR
United States District Judge